# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **RICHARD A. MAYERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:16-cv-00071** |
| | ) | **JUDGE CRENSHAW** |
| **TENNESSEE DEPARTMENT** | ) | |
| **OF CORRECTIONS,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 54), to which no party filed timely objections. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, this case is **TRANSFERRED** to the United States District Court for the Western District of Tennessee, Western Division.

IT IS SO ORDERED.


_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE